912 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRYAN K. SMITH, DEFENDANT–PETITIONER.

December 13, 2006.

Denied.

912 A.2d 1262

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DUQUENE PIERRE, DEFENDANT–PETITIONER.

December 21, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for an evidentiary hearing to permit defendant to present alibi-related witnesses. Defendant shall have the burdens of going forth with the evidence and of persuasion.

Jurisdiction is not retained.